■
326 So.2d 665
**Ronald Paul ADAMS**

v.

**STATE.**

**4 Div. 303.**

Court of Criminal Appeals of Alabama.

May 6, 1975.

After Reply to Remand, July 28, 1975.

Lewis & Hornsby, Dothan, for appellant.

William J. Baxley, Atty. Gen., and C. Lawson Little, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

Second degree burglary: sentence, four years imprisonment.

Under *Mayberry v. State,* 48 Ala.App. 276, 264 So.2d 198, this cause is remanded for a further hearing as to whether or not the State denied appellant a speedy trial. See *Prince v. Alabama,* 5 Cir., 507 F.2d 693.

Remanded with directions.

All the Judges concur.

AFTER REPLY TO REMAND

Dismissed as moot.